**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01184-REB-KLM

IDA PRICE,

    Plaintiff,

v.

JAMES R. WARRAM, and
UNITED STATES,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is plaintiff's **Motion To Dismiss Without Prejudice** [#4] filed June 26, 2009. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion To Dismiss Without Prejudice** [#4] filed June 26, 2009, is **GRANTED**; and

2. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated June 29, 2009, at Denver, Colorado.

                                              BY THE COURT:

                                              */s/ Robert E. Blackburn*
                                              Robert E. Blackburn
                                              United States District Judge